# CONSTANGY
### BROOKS & SMITH, LLP

SUITE 300
100 NORTH CHERRY ST.
WINSTON-SALEM, NORTH CAROLINA 27101-4016
TELEPHONE: (336) 721-1001 · FACSIMILE: (336) 748-9112
www.constangy.com

croberts@constangy.com
336-721-6852

January 21, 2015

Mark Langer
Clerk
United States Court of Appeals for
    The District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

   Re:  **ManorCare of Kingston PA, LLC v. NLRB, 14-1166(L); 14-1200**

Dear Mr. Langer:

ManorCare of Kingston PA, LLC, Petitioner herein, wishes to bring an inadvertent error on page 6 of Petitioner's Opening Brief to the Court's attention. The pertinent sentence in Petitioner's brief reads as follows: "CNA Amy Kovac testified that on the day before the election, she was told by CNA Debbie Gyle that Keating had threatened to 'punch people in the face if they voted for the Union.' (JA 237-238, 600). In fact, however, Kovac testified that she was told by Gyle that Keating had threatened to "punch people in the face if they voted no for the Union. (JA 237-238). The word "no" was omitted from the Hearing Officer's report and from Petitioner's brief at page 6. (JA 600).

Petitioner seeks to file a corrected brief making this correction. No other changes in the brief have been made.

            Sincerely,

            /s/ Charles P. Roberts III

CPR/